DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES C. SEXTON, JR., and ESQUIRE GROUP LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAREN L. HAWKINS, DIRECTOR OF OFFICE OF PROFESSIONAL RESPONSIBILITY, INTERNAL REVENUE SERVICE, DEPARTMENT OF TREASURY,<br><br>    Defendant. | Case No: 2:13-cv-00893-JCM-VCF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit W. Carl Hankla to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Hankla is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government, and is a member in good standing of the District of Columbia Bar (No. 411665).

1

The following contact information is provided to the Court:

> W. Carl Hankla, Trial Attorney
> United States Department of Justice
> Tax Division
> P.O. Box 683
> Washington, DC 20044
> Phone: (202) 307-6448
> Fax: (202) 307-0054
> w.carl.hankla@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing W. Carl Hankla to practice before this honorable Court.

Respectfully submitted this 4th day of June 2013.

>> DANIEL G. BOGDEN
>> United States Attorney
>>
>>  /s/ Blaine Welsh
>> BLAINE T. WELSH
>> Assistant United States Attorney

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
DATED: 6-19-2013

**PROOF OF SERVICE**

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**:

Desa Ballard
Stephanie Weissenstein
Ballard Watson Weissenstein
Po Box 6338
West Columbia, South Carolina 29171
803-796-9299

Shawn R Perez
Law Office Of Shawn R. Perez
633 South Fourth Street
Las Vegas, Nevada 89101
 (702)383-6666
Shawn711@msn.Com

*Attorneys for James Sexton, Jr.*

Dated this 4th day of June 2013.

                                                 */s/  Blaine Welsh*
                                                 BLAINE T. WELSH
                                                 Assistant United States Attorney