CAROLINE D. CIRAOLO
Acting Assistant Attorney General

W. CARL HANKLA
Trial Attorney, Tax Division
U.S. Dept. of Justice
PO Box 683
Washington, DC 20044
Telephone: (202) 307-6448
Fax: (202) 307-0054
w.carl.hankla@usdoj.gov
*Attorneys for the United States of America*

DANIEL G. BOGDEN
U.S. Attorney, District of Nevada
*Of Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES C. SEXTON JR. and
ESQUIRE GROUP LLC,

    Plaintiffs,

    v.

KAREN L. HAWKINS, Director of Office
of Professional Responsibility, Internal
Revenue Service, Department of Treasury,

    Defendant.

Civil No. 2:13-cv-00893-JCM-(VCF)

**Stipulation for Extension of Time to Respond and Reply Re Motion for Judgment on the Pleadings**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and by the defendant (the United States of America) that, with respect to the Motion for Judgment on the Pleadings filed by the plaintiffs on November 9, 2015:

1. The United States may have an extension of time to December 23, 2015 in which to file and serve its response.

2. The plaintiffs may have an extension of time to January 12, 2016 in which to file and serve their reply.

The reason for the extensions is to allow time for government counsel to consult with agency counsel from the office of the Chief Counsel, Internal Revenue Service, before filing the United States' response, and to allow time for plaintiffs to file their reply after the holiday season.

DATED this 18th day of November, 2015.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ W. Carl Hankla*
W. CARL HANKLA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Telephone: (202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for the United States of America*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
*Of Counsel*

2

1           DATED this 18th day of November, 2015.

2                               */s/ Desa Ballard*
                                   DESA BALLARD
3                                    Ballard & Watson
                                   P.O. Box 6338
4                                    West Columbia, South Carolina 29171
                                   Telephone: (803) 796-9299
5                                    Fax: (803) 796-1066
                                   Email: desab@desaballard.com
6                                    SHAWN R. PEREZ
                                   Law Office of Shawn R. Perez
7                                    633 So. Fourth Street, Suite 7
                                   Las Vegas, Nevada 89101
8                                    Telephone: (702) 485-3977
                                   Email: shawn711@msn.com
9                                    *Attorneys for James C. Sexton, Jr.*

10                                  */s/ Puoy K. Premsrirut*
                                   PUOY K. PREMSRIRUT
11                                   Brown Brown & Premsrirut
                                   520 So. Fourth Street, Second Floor
12                                   Las Vegas, Nevada 89101
                                   Telephone: (702) 384-5563
13                                   Fax: (702) 385-1752
                                   Email: puoy@brownlawlv.com
14                                   *Attorney for Esquire Group LLC*

15     **IT IS SO ORDERED** that the United States (the defendant) may have an extension of

16 time through December 23, 2015 in which to respond to the Motion for Judgment on the

17 Pleadings, and that the plaintiffs may have an extension of time through January 12, 2016 in

18 which to file their reply.

19 _____
    RICHARD F. BOULWARE, II
20 United States District Judge

21 DATED: November 22, 2015.

22

                                            3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing has been made by the Court's CM/ECF system to:

DESA BALLARD
desab@desaballard.com
*Attorney for James C. Sexton Jr.*

SHAWN R. PEREZ
Shawn711@msn.com
*Attorney for James C. Sexton Jr.*

PUOY K. PREMSRIRUT
puoy@brownlawlv.com
*Attorney for Esquire Group LLC*

                                        /s/ W. Carl Hankla
                                        W. CARL HANKLA
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice