SHAWN R. PEREZ (SBN 10421)
Law Office of Shawn R. Perez
633 South Fourth Street, Suite 7
Las Vegas, Nevada 89101
Telephone (702) 485-3977
Facsimile (702) 383-6603
Email: *shawn711@msn.com*

DESA BALLARD (SC BN 00498)
Ballard & Watson
Post Office Box 6338
West Columbia, South Carolina 29171
Telephone (803) 796-9299
Facsimile (803) 796-1066
Email: *desab@desaballard.com*

Attorneys for Plaintiff JAMES C. SEXTON JR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES C. SEXTON JR. and
ESQUIRE GROUP LLC,

      Plaintiffs,

vs

KAREN L. HAWKINS, Director of Office
Of Professional Responsibility, Internal
Revenue Service, Department of Treasury,

      Defendant

Case No. 2:13-cv-00893-JAD-VCF

**Stipulation for Extension of Time to Reply to Opposition to Motion (Docket entry # 59) and Extension of Time to Respond to Motion for Judgment on the Pleadings  (Docket entry # 61)**

**(First Request)**

    IT IS HEREBY STIPULATED AND AGREED by the plaintiffs and by the defendant (the United States of America) that:

1. The plaintiffs may have an extension of time to January 19, 2016 in which to file and serve its reply to Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings (docket entry #59).

2. The plaintiffs may have an extension of time to January 19, 2016 in which to file and serve their response to Defendant's Motion for Summary Judgment (docket entry # 61)

The reason for the extensions is that plaintiff's counsel is recovering from recent surgery, and the deadline set for plaintiff's response to docket entry # 61 was initially scheduled for a weekend day, and is being moved to the first regular business day thereafter.

DATED this 11th day of January, 2016.

DESA BALLARD
Ballard & Watson
P.O. Box 6338
West Columbia, South Carolina 29171
Telephone: (803) 796-9299
Fax: (803) 796-1066
Email: desab@desaballard.com
*Attorneys for James C. Sexton, Jr.*

SHAWN R. PEREZ
Law Office of Shawn R. Perez
633 So. Fourth Street, Suite 7
Las Vegas, Nevada 89101
Telephone: (702) 485-3977
Email: shawn711@msn.com
*Attorney for James C. Sexton, Jr.*

PUOY K. PREMSRIRUT
Brown Brown & Premsrirut
520 So. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Fax: (702) 385-1752
Email: puoy@brownlawlv.com
*Attorney for Esquire Group LLC*

2

DATED this 11th day of January, 2016.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

W. CARL HANKLA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Telephone: (202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for the United States of America*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
*Of Counsel*

**IT IS SO ORDERED** that

1. Plaintiffs may have an extension of time through January 19, 2016 in which to reply to Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings (docket entry # 59); and

2. Plaintiffs may have an extension of time through January 19, 2016 in which to file their response to Defendant's Motion for Summary Judgment (docket entry # 61).

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: January 17, 2016.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing has been made by the Court's CM/ECF system to:

        CAROLINE D. CIRAOLO

        W. CARL HANKLA

        DANIEL G. BOGDEN

        *Attorneys for the United States of America*

         s/ Desa Ballard
        DESA BALLARD
        *Attorney for James C. Sexton, Jr.*