# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES C. SEXTON JR. and ESQUIRE GROUP LLC,<br><br>     Plaintiff,<br>v.<br>KAREN L. HAWKINS, ET AL<br><br>     Defendants. | Attorney Fees<br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:13-cv-00893-RFB-VCF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Attorney fees and costs for Plaintiff are awarded in the amount of $61,479.96

| | |
|---|---|
| June 13, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |